UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMED SOUMAH,

Defendant.

NO. CR 18-216 RSL

DETENTION ORDER

Offenses charged:

    Count 1:    Willful Injury to Government Property

Date of Detention Hearing: September 14, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has substance abuse issues.
2.     Defendant has on-going mental health problems.
3.     Defendant has a lengthy criminal record, primarily for non-violent offenses.
4.     Defendant has no structure in place to assist him with supervision and ensuring he will tend to his mental health and substance abuse needs. This order is without prejudice to

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

revisit the issue of continued detention, if a satisfactory plan for release that provides necessary and needed structure can be devised.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of September, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge